**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: July 16, 2025

Mr. Nabih H. Ayad
Law Offices
645 Griswold Street
Suite 2202
Detroit, MI 48226

Mr. Zak Toomey
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

      Re: Case No. 25-1632, *Rosa Pena Garcia v. DHS, et al*
         Originating Case No. : 2:25-cv-12023

Dear Counsel,

 This appeal has been docketed as case number **25-1632** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

 Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

 At this stage of the appeal, the following case opening items should be docketed with the Clerk's office by **July 30, 2025**. The Disclosure of Corporate Affiliations and Civil Appeal Statement are now automated entries. Filers may still use the form 6CA-1 and 6CA-53 located on the Court's website if the automated entries do not provide sufficient space. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

| | |
|---|---|
| Appellant: | Appearance of Counsel |
| | Civil Appeal Statement of Parties & Issues |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |
| | |
| Appellee: | Appearance of Counsel |
| | Disclosure of Corporate Affiliations |
| | Application for Admission to 6th Circuit Bar (if applicable) |

If appellant's case opening items are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the rules, please contact the Clerk's office for assistance.

Sincerely,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-1632

ROSA MARIA PENA GARCIA

    Plaintiff - Appellant

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DIRECTOR OF ROBERT LYNCH, U.S. Immigration and Customs Enforcement; DIRECTOR OF TODD LYONS, U.S. Immigration and Customs Enforcement; DIRECTOR OF KRISTI NOEM, U.S. Department of Homeland Security

    Defendants - Appellees