UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-1632**

Case Title: **Rosa Maria Pena Garcia** vs. **DHS et. al.**

List all clients you represent in this appeal:

**Rosa Maria Pena Garcia**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Nabih Ayad**     Signature: s/ **Nabih Ayad**

Firm Name: **Ayad Law, PLLC**

Business Address: **645 Griswold St. Ste. 2202**

City/State/Zip: **Detroit, MI 48226**

Telephone Number (Area Code): **313-983-4600**

Email Address: **filing@ayadlawpllc.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17