**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 17, 2025

Mr. Zak Toomey
Office of the U.S. Attorney
Eastern District of Michigan
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Re:  Case No. 25-1632, *Rosa Pena Garcia v. DHS, et al*
       Originating Case No.: 2:25-cv-12023

Dear Counsel,

   The in the above styled case has filed a motion stay removal.

   A response to the motion must be filed with the Clerk's Office by July 17, 2025, at 1:00 p.m.

   Your immediate attention to this matter is appreciated.

                                    Sincerely,

                                    s/Michelle R. Lambert
                                    Case Manager
                                    Direct Dial No. 513-564-7035

cc:  Mr. Nabih H. Ayad