In the
United States Court of Appeals
for the Sixth Circuit

Rosa Maria Pena Garcia,

      Plaintiff-Appellant

                                Case No. 25-1632

   v.

U.S. Department of Homeland
Security, et al.

      Defendants-Appellees.

_____/

## Notice Regarding Removal

Pursuant to Sixth Circuit Rule 18(b)(2), defendants submit this notice providing the details of plaintiff's upcoming removal. In May 2025, ICE ordered plaintiff Rosa Maria Pena Garcia, a citizen of Mexico, to make her own travel arrangements to execute her removal. (*See* R. 1-10: Order of Supervision, 54–55). On May 22, 2025, Pena Garcia purchased tickets on Delta airlines flight 578 from Detroit, Michigan, to Cancun, Mexico. (*See* R. 1-11: Itinerary, 58–60). That flight is scheduled to depart the Detroit Metropolitan Airport on **Friday, July 18, 2025, at 10:22 am**.

(*Id.*). ICE's expectation is that Pena Garcia will board the flight without the agency's assistance.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*/s/ Zak Toomey*
Zak Toomey
Assistant United States Attorney
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9617
zak.toomey@usdoj.gov

Dated: July 17, 2025

2

## Certificate of Service

I certify that on July 17, 2025, I electronically filed this Notice Regarding Removal with the Clerk of the United States Court of Appeals for the Sixth Circuit using the ECF system, which will send notification of the filing to the following:

Nabih H. Ayad

/s/ Zak Toomey
Assistant United States Attorney