No. 25-1632

In the United States Court of Appeals
for the Sixth Circuit

# Rosa Pena Garcia

Plaintiff-Appellant,

v.

# Department of Homeland Security, et al.,

Defendants-Appellees.

On Appeal from the United States District Court
for the Eastern District of Michigan
No. 25-cv-12023 (Hon. Susan K. DeClercq)

## Response to Emergency Motion for Stay of Removal

Jerome F. Gorgon, Jr.
United States Attorney

Zak. K. Toomey
Assistant United States Attorney
Eastern District of Michigan
211 West Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9617
Zak.Toomey@usdoj.gov

Given the time constraint, the government reasserts and relies on the arguments raised in the district court, specifically the lack of subject matter jurisdiction. (R. 5: Response Br., 128–153). For the reasons asserted in the government's response brief below and set forth by the district court in its order denying Plaintiff-Appellee's emergency motion for preliminary injunction (R. 6: Order, 154–164), this Court should deny Plaintiff-Appellee's emergency motion for stay of removal.

                Respectfully submitted,

                Jerome F. Gorgon, Jr.
                United States Attorney

                /s/ Zak Toomey
                Zak Toomey
                Assistant United States Attorney
                Eastern District of Michigan
                211 West Fort Street, Suite 2001
                Detroit, MI 48226
                (313) 226-9617
                Zak.Toomey@usdoj.gov

Dated: July 17, 2025

## Certificate of Service

I certify that on July 17, 2025, I caused this response brief to be electronically filed with the Clerk of the United States Court of Appeals for the Sixth Circuit using the ECF system, which will send notification of the filing to the following attorney of record:

Nabih H. Ayad, filing@ayadlawpllc.com

        /s/ Zak Toomey
        Assistant United States Attorney

# Relevant District Court Documents

The United States of America designates as relevant these documents in the district court's electronic record, Eastern District of Michigan case number 22-cv-12596:

| Record No. | Document Description | Page ID Range |
|---|---|---|
| 1 | Complaint | 1–58 |
| 6 | Motion to Dismiss | 68–94 |
| 9 | Response to Motion to Dismiss | 100–76 |
| 10 | Plaintiff's Motion to Submit Exhibit in the Traditional Manner | 177–79 |
| 12 | Notice of Motion Hearing | 182–83 |
| 20 | Order Granting Motion to Dismiss | 204–33 |
| 22 | Notice of Appeal | 235–36 |