# United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 07/17/2025.

**Case Name:** Rosa Pena Garcia v. DHS, et al
**Case Number:** 25-1632

**Docket Text:**
ORDER filed denying motion to stay removal [7381208-2] filed by Mr. Nabih H. Ayad. Eric L. Clay, Circuit Judge, dissenting: Judge Clay would also deny the motion to stay removal, but dissents from the above order which dismisses Plaintiff's motion on jurisdictional grounds. Amul R. Thapar, Circuit Judge and Chad A. Readler, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

**A copy of this notice will be issued to:**

Mr. Nabih H. Ayad
Ms. Kinikia D. Essix
Mr. Zak Toomey