AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P: (313) 983-4600 | F: (313) 983-4665

# UNITED STATES COURT OF APPEALS
# SIXTH CIRCUIT

| | |
|---|---|
| ROSA MARIA PENA GARCIA, | Appeal No.: 25-1632 |
| *Petitioner/Plaintiff* | |
| *vs.* | Hon. Judges: Clay, Thapar, and Readler |
| U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, in her official capacity as head of that department, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, in his official capacity of that agency, and ROBERT LYNCH, in hisi official capacity as the director of the Detroit Field Office. | |
| *Respondents/Defendants*. | |

Nabih H. Ayad (P59518)
William D. Savage (P82146)
AYAD LAW, PLLC
*Attorneys for Plaintiff*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600
F: 313.983.4665
filing@ayadlawpllc.com

## **VOLUNTARY DISMISSAL**

Petitioner/Plaintiff, Rosa Maria PENA GARCIA by and through attorneys at AYAD LAW, PLLC, respectfully states as follows:

Plaintiff-Appellant voluntarily dismisses her appeal of the District Court's order denying her motion for a stay.

                                                       Respectfully submitted,

                                                       AYAD LAW, PLLC

                                                       */s/Nabih H. Ayad*
                                                       Nabih H. Ayad (P59518)
                                                       William D. Savage (P82146)
                                                       *Attorneys for Plaintiff*
                                                       645 Griswold St., Ste. 2202
                                                       Detroit, MI 48226
                                                       P: 313.983.4600 | F: 313.983.4665

Dated: August 8, 2025                  filing@ayadlawpllc.com

AYAD LAW, P.L.L.C.
645 Griswold St., Ste. 2202
DETROIT, MICHIGAN 48226
P.: (313) 983-4600 | F: (313) 983-4665

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I filed the foregoing paper and any attachments with the Clerk of Courts via the CM/ECF Electronic filing System giving notice to all parties of record.

Dated: August 8, 2025

Respectfully submitted,

AYAD LAW, PLLC

*/s/Nabih H. Ayad*
Nabih H. Ayad (P59518)
William D. Savage (P82146)
*Attorneys for Plaintiff*
645 Griswold St., Ste. 2202
Detroit, MI 48226
P: 313.983.4600 | F: 313.983.4665
filing@ayadlawpllc.com