Case No. 25-1632

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ROSA MARIA PENA GARCIA

    Plaintiff - Appellant

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DIRECTOR OF ROBERT LYNCH, U.S. Immigration and Customs Enforcement; DIRECTOR OF TODD LYONS, U.S. Immigration and Customs Enforcement; DIRECTOR OF KRISTI NOEM, U.S. Department of Homeland Security

    Defendants - Appellees

Upon consideration of the petitioner's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Kelly L. Stephens, Clerk

Issued: August 15, 2025